**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**MATTIE D. BROWN
AND JAMES A. BROWN** **PLAINTIFFS**

**VS.** **CIVIL ACTION NO. 3:10-cv-00211-TSL-FKB**

**STEPHEN L. LaFRANCE PHARMACY, INC.
d/b/a USA DRUG, SUPER D #26,
MICHAEL PHILLIPS AND
JOHN DOES 1-10** **DEFENDANTS**

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for consideration on the *ore tenus* motion of Plaintiffs, **MATTIE D. BROWN and JAMES A. BROWN,** through their attorney, for entry of a Judgment of Dismissal to dismiss this cause with prejudice on the basis that all claims have been fully resolved and compromised, the Court, understanding that counsel for the Defendants USA Drug d/b/a Super D Drugs, Stephen L. LaFrance Pharmacy, Inc., d/b/a USA Drug, Super D #26 and Michael Phillips, joins in with this motion, finds that the relief requested is well founded and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED**, that the herein styled and numbered cause be, and the same hereby is dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the ___24th___ day of __September,__ 2010.

/s/Tom S. Lee
**UNITED STATES DISTRICT COURT JUDGE**

APPROVED AS TO FORM:

| *s/ Thomas M. Louis* | *s/ Vaterria M. Martin* |
|---|---|
| Thomas M. Louis (MSB #8484) | Vaterria M. Martin (MSB #101235) |
| Wells Marble & Hurst, PLLC | 5709 Highway 80 West |
| P. O. Box 131 | Jackson, MS 39209 |
| Jackson, MS 39205-0131 | Attorney for Plaintiffs |
| Attorney for Defendants | |